**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

UNITED MESSAGING SOLUTIONS v. FACEBOOK, INC.

No. 14-1611

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: Juno Online Services, Inc., Netzero, Inc. and Memory Lane, Inc.
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Jean-Paul Ciardullo
Law firm: FOLEY & LARDNER LLP
Address: 555 S. Flower Street, Suite 3500
City, State and ZIP: Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Fax #: 213.486.0065
E-mail address: jciardullo@foley.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/10/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 23, 2014                    /s/ Jean-Paul Ciardullo
Date                              Signature of pro se or counsel

cc: All counsel of record via CM/ECF