**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se          _____As counsel for:     _____
                                              Name of party

I am, or the party I represent is (select one):

_____Petitioner  _____Respondent  _____Amicus curiae  _____Cross Appellant

_____Appellant   _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant      _____Respondent or appellee

My address and telephone are:

Name:              _____
Law firm:          _____
Address:           _____
City, State and ZIP: _____
Telephone:         _____
Fax #:             _____
E-mail address:    _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 7/25/14 | /s/ Edward R. Nelson, III |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2014, I electronically filed the foregoing document using the Court's CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III