NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE UNIFIED MESSAGING SOLUTIONS LLC AND ADVANCED MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION**

---

Appeal from the United States District Court for the Northern District of Illinois in No. MDL No. 2371, Judge Joan H. Lefkow.

-------------------------------------------------------------------------

**UNIFIED MESSAGING SOLUTIONS LLC AND ADVANCED MESSAGING TECHNOLOGIES, INC.,**
*Plaintiffs-Appellants,*

v.

**GOOGLE, INC., AMERICAN AIRLINES, INC., SOUTHWEST AIRLINES CO., GROUPON, INC., ORBITZ, LLC, UNITED AIR LINES, INC., SHAWGUIDES INC., MULTIPLY, INC., BMO HARRIS BANK N.A., EARTHLINK, LLC, FIFTH THIRD BANCORP, GENERAL ELECTRIC CAPITAL SERVICES, INC., HUNTINGTON BANCSHARES, INC., THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, SANTANDER HOLDINGS USA, INC., BANCO POPULAR NORTH AMERICA, STATE STREET CORPORATION, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO ADVANTAGE INSURANCE COMPANY, BRANCH BANKING AND TRUST COMPANY, COXCOM, LLC,**

**FIDELITY NATIONAL INFORMATION SERVICES, INC., METAVANTE CORPORATION, FISERV, INC., FRIENDFINDER NETWORKS INC., VARIOUS, INC., SUNTRUST BANKS, INC., SUNTRUST BANK, JUNO ONLINE SERVICES, INC., NETZERO, INC., CLASSMATES, U.S. BANCORP, U.S. BANK NATIONAL ASSOCIATION, HUMANA, INC., EVERBANK, A FEDERAL SAVINGS ASSOCIATION, BANCORPSOUTH, INC., COMPASS BANK, UNITED SERVICE AUTOMOBILE ASSOCIATION, PEOPLE'S UNITED BANK, SPORTSVITE, LLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC USA, INC., HSBC BANK USA, N.A., SCOTTRADE, INC., SPRINT NEXTEL CORPORATION, CUPID, PLC, TWITTER, INC., YAHOO! INC., AND BOKF, N.A.,**
*Defendants-Appellees.*

———————

2014-1611

———————

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:12-cv-01488, 1:12-cv-01489, 1:12-cv-01490, 1:12-cv-01492, 1:12-cv-03875, 1:12-cv-04413, 1:12-cv-06286, 1:12-cv-06291, 1:12-cv-06292, 1:12-cv-06293, 1:12-cv-06636, 1:12-cv-06637, 1:12-cv-06641, 1:13-cv-00267, 1:13-cv-00269, 1:13-cv-00270, 1:13-cv-00271, 1:13-cv-00272, 1:13-cv-00273, 1:13-cv-00274, 1:13-cv-00276, 1:13-cv-00277, 1:13-cv-00278, 1:13-cv-02999, 1:13-cv-03001, 1:13-cv-03002, 1:13-cv-03007, 1:13-cv-03008, 1:13-cv-00324, 1:13-cv-00327, 1:13-cv-00333, 1:13-cv-00337, 1:13-cv-00338, 1:13-cv-00339, 1:13-cv-00340, 1:13-cv-00343, 1:13-cv-00344, 4:12-cv-00370, 4:12-cv-00371, 6:12-cv-00290, Judge Joan H. Lefkow.

———————

**ON MOTION**

---

## ORDER

Unified Messaging Solutions LLC, Advanced Messaging Technologies, Inc., The Vanguard Group, Inc., and Vanguard Marketing Corporation jointly move to withdraw The Vanguard Group, Inc. and Vanguard Marketing Corporation as parties to this appeal, due to settlement.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

                                  FOR THE COURT

                                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

s26