NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE UNIFIED MESSAGING SOLUTIONS LLC and ADVANCED MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION

---

UNIFIED MESSAGING SOLUTIONS LLC and ADVANCED MESSAGING TECHNOLOGIES, INC.,
*Plaintiffs-Appellants*

v.

GOOGLE, INC., AMERICAN AIRLINES, INC., SOUTHWEST AIRLINES CO., GROUPON, INC., UNITED AIR LINES, INC., SHAWGUIDES INC., MULTIPLY, INC., BMO HARRIS BANK N.A., EARTHLINK, LLC, FIFTH THIRD BANCORP, GENERAL ELECTRIC CAPITAL SERVICES, INC., HUNTINGTON BANCSHARES, INC., THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, SANTANDER HOLDINGS USA, INC., BANCO POPULAR NORTH AMERICA, STATE STREET CORPORATION, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO ADVANTAGE INSURANCE COMPANY, BRANCH BANKING AND TRUST COMPANY, COXCOM, LLC, FIDELITY NATIONAL INFORMATION SERVICES, INC., METAVANTE CORPORATION, FISERV, INC., FRIENDFINDER NETWORKS INC., VARIOUS, INC., SUNTRUST BANKS, INC., SUNTRUST BANK, JUNO

**ONLINE SERVICES, INC., NETZERO, INC., CLASSMATES, U.S. BANCORP, U.S. BANK NATIONAL ASSOCIATION, HUMANA, INC., EVERBANK, a Federal Savings Association, BANCORPSOUTH, INC., COMPASS BANK, UNITED SERVICE AUTOMOBILE ASSOCIATION, PEOPLE'S UNITED BANK, SPORTSVITE, LLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC USA, INC., HSBC BANK USA, N.A., SPRINT NEXTEL CORPORATION, CUPID, PLC, TWITTER, INC, YAHOO! INC., and BOKF, N.A.**
*Defendants-Appellees*

**SCOTTRADE, INC. and ORBITZ, INC.,**
*Defendants*

———————

2014-1611, 2016-1065

———————

Appeals from the United States District Court for the Northern District of Illinois in MDL No. 2371, Judge Joan H. Lefkow.

———————

**ON MOTION**

———————

**O R D E R**

The appellants and Orbitz, LLC move jointly to withdraw the appeals as to Orbitz in view of the settlement.

Because it is the usual practice of this court not to dismiss part of an appeal, Orbitz will remain in the caption but only as a defendant to indicate that it no longer is a party to this appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeals as to Orbitz is granted to the extent that the official caption is revised to reflect that Orbitz is not a party to this appeal.

(2) To simplify the caption, the official caption is also revised to only list the MDL case number for the matters on appeal to this court.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31