NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

IN RE UNIFIED MESSAGING SOLUTIONS LLC and ADVANCED MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION

------------------------------------------------------------------------------------

UNIFIED MESSAGING SOLUTIONS LL, ADVANCED MESSAGING TECHNOLOGIES, INC., *Plaintiffs-Appellants*

v.

GOOGLE, INC., AMERICAN AIRLINES, INC., SOUTHWEST AIRLINES CO., GROUPON, INC., UNITED AIR LINES, INC., SHAWGUIDES INC., BMO HARRIS BANK N.A., EARTHLINK, LLC, FIFTH THIRD BANCORP, GENERAL ELECTRIC CAPITAL SERVICES, INC., HUNTINGTON BANCSHARES, INC., THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, SANTANDER HOLDINGS USA, INC., BANCO POPULAR NORTH AMERICA, STATE STREET CORPORATION, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO ADVANTAGE INSURANCE COMPANY, BRANCH BANKING AND TRUST COMPANY, COXCOM, LLC, FIDELITY NATIONAL INFORMATION SERVICES, INC., METAVANTE CORPORATION, FISERV, INC., FRIENDFINDER NETWORKS INC., VARIOUS, INC., SUNTRUST BANKS, INC., SUNTRUST BANK, JUNO

**ONLINE SERVICES, INC., NETZERO, INC., CLASSMATES, U.S. BANCORP, U.S. BANK NATIONAL ASSOCIATION, HUMANA, INC., EVERBANK, a Federal Savings Association, BANCORPSOUTH, INC., COMPASS BANK, UNITED SERVICE AUTOMOBILE ASSOCIATION, PEOPLE'S UNITED BANK, NATIONAL ASSOCIATION, SPORTSVITE, LLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC USA, INC., HSBC BANK USA, N.A., SPRINT NEXTEL CORPORATION, CUPID, PLC, TWITTER, INC, YAHOO! INC., BOKF, N.A.**
*Defendants-Appellees*

**SCOTTRADE, INC., ORBITZ, INC., MULTIPLY, INC.,**
*Defendants*

---

2014-1611, 2016-1065, -2150

---

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:12-cv-01488, 1:12-cv-01490, 1:12-cv-01492, 1:12-cv-03875, 1:12-cv-04413, 1:12-cv-06286, 1:12-cv-06291, 1:12-cv-06292, 1:12-cv-06293, 1:12-cv-06636, 1:12-cv-06637, 1:13-cv-00267, 1:13-cv-00269, 1:13-cv-00270, 1:13-cv-00271, 1:13-cv-00272, 1:13-cv-00273, 1:13-cv-00274, 1:13-cv-00276, 1:13-cv-00277, 1:13-cv-00278, 1:13-cv-00324, 1:13-cv-00327, 1:13-cv-00333, 1:13-cv-00337, 1:13-cv-00338, 1:13-cv-00339, 1:13-cv-00340, 1:13-cv-00343, 1:13-cv-00344, 1:13-cv-02999, 1:13-cv-03001, 1:13-cv-03002, 1:13-cv-03007, 1:13-cv-03008, 1:13-cv-05595, 4:12-cv-00371, 6:12-cv-00290, and MDL No. 2371, Judge Joan H. Lefkow.

---

**O R D E R**

Yahoo! Inc. and Twitter, Inc., on behalf of all the parties, inform the court that the district court has resolved the attorneys' fees issue and the parties request the stay of proceedings be lifted.

Accordingly,

IT IS ORDERED THAT:

(1)  The stay is lifted.

(2)  Appellants' opening brief is due 60 days from the date of filing of this order.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25