IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

IN RE UNIFIED MESSAGING SOLUTIONS LLC and ADVANCED
MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION

_____

UNIFIED MESSAGING SOLUTIONS LLC and ADVANCED MESSAGING
TECHNOLOGIES, INC.,
*Plaintiffs-Appellants*

v.

GOOGLE, INC., SHAWGUIDES INC., U.S. BANCORP, U.S. BANK
NATIONAL ASSOCIATION, SCOTTRADE, INC., ORBITZ, INC.,
MULTIPLY, INC.,
*Defendants*

AMERICAN AIRLINES, INC., BMO HARRIES BANK N.A., FIFTH THIRD
BANCORP, HUNTINGTON BANCSHARES, INC., SANTANDER HOLDINGS
USA, INC., BANCORPSOUTH, INC., CUPID, PLC,
*Defendants-Appellees,*

SOUTHWEST AIRLINES CO., GROUPON, INC., UNITED AIR LINES, INC.,
EARTHLINK, LLC, GENERAL ELECTRIC CAPITAL SERVICES, INC., THE
NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, STATE
STREET CORPORATION, GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO ADVANTAGE INSURANCE COMPANY, BB&T
CORPORATION, BRANCH BANKING AND TRUST COMPANY, COXCOM,
LLC, FIDELITY NATIONAL INFORMATION SERVICES, INC.,
METAVANTE CORPORATION, FISERV, INC., FRIENDFINDER
NETWORKS INC., VARIOUS, INC., SUNTRUST BANKS, INC., SUNTRUST
BANK, JUNO ONLINE SERVICES, INC., NETZERO, INC., CLASSMATES,
BOKF, N.A., BANCO POPULAR NORTH AMERICA, HUMANA, INC.,
CONN'S INC., CONN APPLIANCES, INC., EVERBANK, COMPASS BANK,
UNITED SERVICE AUTOMOBILE ASSOCIATION, PEOPLE'S UNITED
BANK, NATIONAL ASSOCIATION, SPORTSVITE, LLC, HSBC NORTH
AMERICA HOLDINGS, INC., HSBC USA, INC., HSBC BANK USA, N.A.,
SPRINT NEXTEL CORPORATION, TWITTER, INC., YAHOO! INC.,
SANTANDER BANK, N.A.

*Defendants-Cross Appellants*

_____

2014-1611, 2016-1065,-2150,-2212
_____

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:12-cv-01488, 1:12-cv-01490, 1:12-cv-01492, 1:12-cv-03875, 1:12-cv-04413, 1:12-cv-06286, 1:12-cv-06291, 1:12-cv-06292, 1:12-cv-06293, 1:12-cv-06636, 1:12-cv-06637, 1:13-cv-00267, 1:13-cv-00269, 1:13-cv-00270, 1:13-cv-00271, 1:13-cv-00272, 1:13-cv-00273, 1:13-cv-00274, 1:13-cv-00276, 1:13-cv-00277, 1:13-cv-00278, 1:13-cv-00324, 1:13-cv-00327, 1:13-cv-00333, 1:13-cv00337, 1:13-cv-00338, 1:13-cv-00339, 1:13-cv-00340, 1:13-cv-00343, 1:13-cv0344, 1:13-cv-02999, 1:13-cv-03001, 1:13-cv-03002, 1:13-cv-03007, 1:13-cv-03008, 1:13-cv-05595, 4:12-cv-00371, 6:12-cv-00290, and MDL No. 2371, Judge Joan H. Lefkow.

_____

## JOINT MOTION FOR EXTENSIONS OF TIME TO FILE CERTAIN BRIEFS

_____

Pursuant to Federal Circuit Rule 26(b), the parties to the above-captioned consolidated appeals jointly request that the Court grant reciprocal 45-day extensions of time in which to file: 1) Appellants' principal brief, currently due August 8, 2016 (up to and including a new date of September 22, 2016); and 2) Cross-Appellants' responsive brief (principal brief on cross-appeal), currently due 40 days thereafter.[1] This is an agreed and joint motion. No party objects and no party will file a response to this motion.

These appeals arose from a multi-district litigation in which dozens of district court cases were centralized for pretrial proceedings. A stipulated judgment of non-infringement was entered in favor of Cross-Appellants, and a partial award of attorneys' fees was granted. Both sides appeal certain issues relating to the judgment below. Given the number of parties involved in these appeals (two Appellants and roughly two dozen Cross-Appellants), the necessity of coordinating among the parties to streamline briefing for the Court, the trial and travel schedules of the parties' counsel, and the complexity of the issues presented, the parties respectfully submit that good cause exists for granting these extensions. *See* Exhibit 1 (Bartow Affidavit). No party has previously requested an extension of time for briefing. These extensions of time are sought not for purposes of delay, but rather to promote efficient and coordinated briefing to this Court.

---

[1] With the requested extension, Cross-Appellants would have a total of 85 days to respond to Appellants' principal brief (up to and including December 16, 2016) .

Because good cause exists, and because the parties are in agreement, Appellants and Cross-Appellants respectfully request that this Court grant this agreed motion seeking reciprocal 45-day extensions of time in which to file:  1) Appellants' principal brief (up to and including September 22, 2016); and 2) Cross-Appellants' responsive brief/principal brief on cross-appeal (up to and including December 16, 2016).

Dated:  July 15, 2016

Respectfully submitted,

NELSON BUMGARDNER, P.C.

By:   /s/ Edward R. Nelson
      Edward R. Nelson

Counsel for Appellants
UNIFIED MESSAGING
SOLUTIONS LLC and ADVANCED
MESSAGING TECHNOLOGIES,
INC.

PAUL HASTINGS LLP

By:  /s/ Yar R. Chaikovsky
      Yar R. Chaikovsky

Counsel for Cross Appellants
YAHOO! INC. and TWITTER, INC.

THOMPSON & KNIGHT LLP

By:  /s/ J. Michael Heinlen
      J. Michael Heinlen

Counsel for Cross Appellant
SOUTHWEST AIRLINES CO.

DAVIS WRIGHT TREMAINE LLP

By:  /s/ Eric S. Walters
      Eric S. Walters

Counsel for Cross Appellant
SPORTSVITE, LLC

MARSHALL, GERSTEIN & BORUN LLP

By:   /s/ Tron Y. Fu
      Tron Y. Fu

Counsel for Cross Appellants
UNITED AIR LINES, INC., and
GROUPON, INC.

LOCKE LORD LLP

By:   /s/ M. Scott Fuller
      M. Scott Fuller

Counsel for Cross Appellants
HSBC USA, INC., HSBC BANK USA,
NATIONAL ASSOCIATION, HSBC
NORTH AMERICA HOLDINGS, INC.

POLSINELLI, PC

By:   /s/ Jay E. Heidrick
      Jay E. Heidrick

Counsel for Cross Appellant
SPRINT NEXTEL CORPORATION

DUANE MORRIS LLP

By:   /s/ L. Norwood Jameson
      L. Norwood Jameson

Counsel for Cross Appellants
EARTHLINK, LLC and COXCOM, LLC

REED SMITH LLP

By:   /s/ Brian D. Roche
      Brian D. Roche

Counsel for Cross Appellant
GENERAL ELECTRIC CAPITAL

SERVICES, INC.

FISH & RICHARDSON P.C.

By:  */s/ David M. Barkan*
    David M. Barkan

Counsel for Cross Appellant
NORTHWESTERN MUTUAL LIFE
INSURANCE CO

NIXON PEABODY LLP

By:  */s/ Deanna. Kunze*
    Deanna Kunze

Counsel for Cross Appellant
STATE STREET CORPORATION

LATHAM & WATKINS LLP

By:  */s/ Matthew J. Moore*
    Matthew J. Moore

Counsel for Cross Appellant
GOVERNMENT EMPLOYEES
INSURANCE COMPANY and GEICO
ADVANTAGE INSURANCE COMPANY

ROPES & GRAY LLP

By:  */s/ Douglas H. Hallward-Driemeier.*
    Douglas H. Hallward-Driemeier

Counsel for Cross Appellants
BB&T CORPORATION AND BRANCH
BANKING and TRUST COMPANY

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By:  */s/ Lionel M. Lavenue*
    Lionel M. Lavenue

Counsel for Cross Appellant
FIDELITY NATIONAL INFORMATION SERVICES, INC., METAVANTE CORPORATION, BANCO POPULAR NORTH AMERICA, PEOPLE'S UNITED BANK, NATIONAL ASSOCIATION, and EVERBANK

BRYAN CAVE LLP

By:  */s/ David A. Roodman*
    David A. Roodman

Counsel for Cross Appellants
FISERV, INC. and SANTANDER BANK, N.A.

GREENBERG TRAURIG, LLP

By:  *Jeffrey G. Mote*
    Jeffrey G. Mote (Lead Counsel)

Counsel for Cross Appellants
FRIENDFINDER NETWORKS INC. and VARIOUS, INC.

FISH & RICHARDSON P.C.

By:   */s/ P. Weston Musselman*
       P. Weston Musselman

Counsel for Cross Appellants
SUNTRUST BANKS, INC. and
SUNTRUST BANK

FOLEY & LARDNER LLP

By:   */s/ William J. Robinson*
       William J. Robinson

Counsel for Cross Appellants
JUNO ONLINE SERVICES, INC.,
NETZERO, INC. and CLASSMATES,
INC.

STANDLEY LAW GROUP LLP

By:   */s/ F. Michael Speed, Jr.*
       F. Michael Speed, Jr.

Counsel for Cross Appellant
HUMANA INC.

FISH & RICHARDSON P.C.

By:   */s/ Neil J. McNabnay*
       Neil J. Mcnabnay

Counsel for Cross Appellant
COMPASS BANK

FISH & RICHARDSON P.C.

By:   */s/ Micahel T. Zoppo*
       Michael T. Zoppo

Counsel for Cross Appellant
UNITED SERVICES AUTOMOBILE
ASSOCIATION

THE HEARTFIELD LAW FIRM

By:  */s/ M. Dru Montgomery*
     M. Dru Montgomery

Counsel for Cross Appellants
CONN'S, INC. and CONN
APPLIANCES, INC.

FREDERIC DORWART, LAWYERS

By:  */s/ John D. Clayman*
     John D. Clayman
     Admitted in Oklahoma and Texas

Counsel for Cross Appellant
BOKF, NA

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions     **v.**     Google Inc., et al.

Case No.   14-1611, 16-1065,-2150, 2212

## CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Cross-Appellant, Yahoo! Inc. | None | None |
| Cross-Appellant, Twitter, Inc. | None | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

McDermott Will & Emery LLP: Jeffrey Stone, Bryan K. James, Matthew Gryzlo and Amol Parikh

Haltom & Doan: Jennifer H. Doan, Joshua R. Thane

Mololamken LLP: Martin V. Totaro, Jeffrey A. Lamken

John M. Whealan

07/15/2016

**Date**

/s/ Yar R. Chaikovsky

**Signature of counsel**

Please Note: All questions must be answered

Yar R. Chaikovsky

**Printed name of counsel**

cc:   All counsel of record via ECF

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions            **v.**            Google Inc., et al.

Case No.   14-1611,16-1065,-2150,-2212

## CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee)☐ (amicus)☐ (name of party)

Cross-Appellant, Twitter, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Cross-Appellant, Twitter, Inc. | None | None |
| Cross-Appellant, Yahoo! Inc. | None | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

McDermott Will & Emery: Jeffrey Stone, Bryan K. James, Matthew Gryzlo and Amol Parikh
 Potter Minton: Michael Jones and Patrick Clutter

6/21/2016
_____                    /s/ Yar R. Chaikovsky
       Date                                         Signature of counsel

Please Note: All questions must be answered        Yar R. Chaikovsky
                                                   Printed name of counsel

cc:   All counsel of record via ECF

Reset Fields

FORM 9.  Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

_____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

_____

_____

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____

_____

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____

_____

_____

4.      The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____

_____

_____        _____
             Date                                        Signature of counsel

                                                        _____
                                                          Printed name of counsel

Please Note: All questions must be answered

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

Jul 25, 2014

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

John R. Gibson

/s/ John R. Gibson

Name of Counsel                    Signature of Counsel

Law Firm    Duane Morris LLP

Address    1075 Peachtree Street, Suite 2000

City, State, ZIP    Atlanta, Georgia  30309

Telephone Number    404.253.6900

FAX Number    404.253.6901

E-mail Address    jrgibson@duanemorris.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.

Form 9

FORM 9.  Certificate of Interest

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions and    v.  Facebook, Inc.
Advanced Messaging Technologies, Inc.
No.  14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
GROUPON, INC.              certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

GROUPON, INC.

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

GROUPON, INC.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Marshall, Gerstein & Borun LLP - Thomas L. Duston, Michael R. Weiner, Kevin D. Hogg, Scott A. Sanderson, and Tron Y. Fu.

July 25, 2014                          /s/ Thomas L. Duston
        Date                              Signature of counsel

                                       Thomas L. Duston
                                       Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record via CM-ECF

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing CERTIFICATE OF INTEREST was served on this 25th day of July, 2014 by operation of the Court's CM/ECF system per FED. R. APP. P. 25.

Dated:  July 25, 2014                    /s/ Thomas L. Duston

Form 9

FORM 9.   Certificate of Interest

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions and     v. Facebook, Inc.
Advanced Messaging Technologies, Inc.
No. 14-1611

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
UNITED AIRLINES, INC.     certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

UNITED AIRLINES, INC.

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

UNITED AIRLINES, INC.

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

United Continental Holdings, Inc.

4.   ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Marshall, Gerstein & Borun LLP - Thomas L. Duston, Paul B. Stephens,
Scott A. Sanderson, and Tron Y. Fu.

July 25, 2014                        /s/ Thomas L. Duston
Date                                 Signature of counsel

                                     Thomas L. Duston
                                     Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record via CM-ECF

124

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing CERTIFICATE OF INTEREST was served on this 25th day of July, 2014 by operation of the Court's CM/ECF system per Fed. R. App. P. 25.


Dated:  July 25, 2014                    /s/ Thomas L. Duston

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions    v. Facebook, Inc.

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
FriendFinder Networks Inc    certifies the following (use "None" if applicable; use extra sheets
if necessary):

1.    The full name of every party or amicus represented by me is:

FriendFinder Networks Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real
party in interest) represented by me is:

FriendFinder Networks Inc.

3.    All parent corporations and any publicly held companies that own 10 percent or more
of the stock of the party or amicus curiae represented by me are:

None

4. ☑  The names of all law firms and the partners or associates that appeared for the party
or amicus now represented by me in the trial court or agency or are expected to appear in this
court are:

Greenberg Traurig, LLP - Matthew J. Levinstein; Jeffrey G. Mote

| 7/25/2014 | /s/ Matthew J. Levinstein |
|---|---|
| Date | Signature of counsel |
|  | Matthew J. Levinstein |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel of record via CM-ECF

124

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

7/25/2014

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

Matthew J. Levinstein

Name of Counsel

/s/ Matthew J. Levinstein

Signature of Counsel

Law Firm   Greenberg Traurig, LLP

Address   77 W. Wacker Drive, Suite 3100

City, State, ZIP   Chicago, IL 60601

Telephone Number   312-456-8400

FAX Number   312-456-8435

E-mail Address   levinsteinm@gtlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.

FORM 9.   Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

UNIFIED MESSAGING SOLUTIONS <sub>V.</sub> FACEBOOK, INC.

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Compass Bank _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Compass Bank

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Compass Bank

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Compass Bank is a wholly-owned subsidiary of BBVA Compass Bancshares, Inc., which is a wholly-owned subsidiary of Banco Bilbao Vizcaya Argentaria, S.A., a bank organized under the laws of the Kingdom of Spain

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fish & Richadson P.C. - Neil J. McNabnay; Wasif Qureshi

_____

| July 28, 2014 | /s/ Wasif Qureshi |
| Date | Signature of counsel |
| | Wasif Qureshi |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel of record via CM-ECF

Form 9

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

UNIFIED MESSAGING SOLUTIONS <sub>V.</sub> FACEBOOK, INC.

No. 14-1611

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) United Services Automobile Association certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

United Services Automobile Association

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

United Services Automobile Association

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fish & Richardson P.C. - Neil J. McNabnay; Wasif Qureshi; Michael T. Zoppo

| July 28, 2014 | /s/ Wasif Qureshi |
|---|---|
| Date | Signature of counsel |
| | Wasif Qureshi |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel of record via CM-ECF

124

Form 9

FORM 9.   Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

UNIFIED MESSAGING SOLUTIONS  v.  FACEBOOK, INC.

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

The Northwestern Mutual Life Insurance Company  certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

The Northwestern Mutual Life Insurance Company

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

The Northwestern Mutual Life Insurance Company

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fish & Richadson P.C. - David M. Barkan; Wasif Qureshi; Scott Penner (no longer with firm)
Godfrey & Kahn, S.C. - Anthony Baish; Brian C. Spahn
Fuchs & Roselli, Ltd. - Steven M. Ruffalo

---

July 28, 2014                                    /s/ David M. Barkan
_____                    _____
            Date                                    Signature of counsel

                                                   David M. Barkan
                                                   _____
                                                   Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record via CM-ECF

## UNITED STATES COURT OF APPEALS FOR THE
## FEDERAL CIRCUIT

UNIFIED MESSAGING SERVICES, INC. v. FACEBOOK, INC.

NO. 14-1611

### CERTIFICATE OF INTEREST

Counsel for Appellee Fiserv, Inc. certifies the following:

1.    The full name of every party or amicus represented by us is:

Fiserv, Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

Fiserv, Inc.

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by us are:

T. Rowe Price Associates, Inc.

4.    The names of all law firms and the partners or associates who appeared for the party or amicus now represented by us in the trial court or agency or are expected to appear in this Court are:

BRYAN CAVE LLP
David A. Roodman
Nick E. Williamson
Emma C. Harty

PUGH, JONES & JOHNSON
Walter Jones, Jr.
Jorge Cazares
Rachel C. Steiner

Dated:  July 28, 2014          /s/ David A. Roodman
                              David A. Roodman

**FORM 9.   Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions        v. Facebook, Inc.

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellee _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Sportsvite, LLC

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

DAVIS WRIGHT TREMAINE LLP:  Eric S. Walters (Partner, lead counsel)

| | |
|---|---|
| 7/28/2014 | /s/ Eric S. Walters |
| Date | Signature of counsel |
| | Eric S. Walters |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Counsel of Record via ECF

Form 9

FORM 9.  Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions _____ v. Facebook, Inc. _____

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellee Southwest Airlines Co. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Southwest Airlines Co.

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Max Ciccarelli, J. Michael Heinlen, and Nadia Haghighatian of Thompson & Knight LLP; Sarah Paxson and Gary Sorden, formerly of Thompson & Knight LLP; and Eric C. Cohen and Carolyn M. Passen of Katten Muchin Rosenman LLP.

_____

July 28, 2014                          /s/ Max Ciccarelli _____
_____                          Signature of counsel
          Date

                                       Max Ciccarelli _____
                                           Printed name of counsel

Please Note: All questions must be answered

cc: All counsel of record _____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | July 28, 2014 |
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Max Ciccarelli | | /s/ Max Ciccarelli |
| Name of Counsel | | Signature of Counsel |

Law Firm | Thompson & Knight LLP |

Address | 1722 Routh Street, Suite 1500 |

City, State, ZIP | Dallas, Texas 75201 |

Telephone Number | 214.969.1700 |

FAX Number | 214.969.1751 |

E-mail Address | Max.Ciccarelli@tklaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE UNIFIED MESSAGING SOLUTIONS LLC AND ADVANCE
MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION

---

UNIFIED MESSAGING SOLUTIONS LLC, ADVANCE MESSAGING
TECHNOLOGIES, INC.

v.

FACEBOOK, et al.

No. 2014-1611

## CERTIFICATE OF INTEREST

Counsel for Appellees certifies the following:

1. The full name of every party or amicus curiae represented by me is:

   Government Employees Insurance Company,
   GEICO Advantage Insurance Company

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   The parent corporation of Appellee Government Employees Insurance Company is GEICO Corporation.

   The parent corporation of Appellee GEICO Advantage Insurance Company is GEICO Corporation.

   GEICO Corporation is an indirect subsidiary of Berkshire Hathaway, Inc., a publicly-held company.

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

**Latham & Watkins LLP**: Matthew J. Moore, Clement Naples, Lisa Nguyen, Nicolas J. Siciliano, Anthony Zappin and Gabriel Bell.

Dated:  July 28, 2014

Respectfully submitted,

*/s/ Matthew J. Moore*
Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
(202) 637-2200

*Counsel for Appellees*
*Government Employees*
*Insurance Company and GEICO*
*Advantage Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2014, I caused a copy of the foregoing to be served by electronic means via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

I further certify that I caused a copy of the foregoing to be served by FedEx next-day delivery upon the following:

Christopher K. Dorsey
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
14th Floor
McLean, VA 22102

J. Thad Heartfield
The Heartfield Law Firm
2195 Dowlen Rd.
Beaumont, TX 77706

Joe W. Redden, Jr.
Beck, Redden & Secret
1221 McKinney St.
Suite 4500
Houston, TX 77010

Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St.
Suite 2800
Atlanta, GA 30309

Otis W. Carroll
Ireland Carroll & Kelley, P.C.
6101 S. Broadway
Suite 500
Tyler, TX 75703

John D. Clayman
Frederic Dorwart, Lawyers
124 E. Fourth St.
Tulsa, OK 74103

Steven J. Reynolds
DLA Piper LLP (US)
203 N. LaSalle St.
Suite 1900
Chicago, IL 60601

Stefanie T. Scott
DiNovo Price Ellwanger & Hardy LLP
400 South Zang Blvd.
Suite 1202
Dallas, TX 75208

*s/ Matthew J. Moore*
Matthew J. Moore

# CERTIFICATE OF INTEREST

Pursuant to Fed. R. App. P. 26.1 and Fed. Cir. R. 47.4, counsel for Sprint-Nextel Corporation n/k/a Sprint Communications, Inc., certify the following:

1.      The full name of every party or amicus represented by me is:

Sprint-Nextel Corporation, Inc.

2.      The name of the real party in interest represented by me is:

Sprint Communications, Inc.; Sprint Spectrum, L.P.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

SoftBank Corporation.

4.      The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this Court are:

| Jay E. Heidrick | Keith Grady |
|---|---|
| Russell S. Jones, Jr. | POLSINELLI PC |
| POLSINELLI PC | 100 South Fourth Street, Ste. 1000 |
| 900 W. 48th Place, Suite 900 | St. Louis, MO 63102 |
| Kansas City, MO  64112 | (314) 889-8000 (telephone) |
| (816) 753-1000 (telephone) | (314) 231-1776 (facsimile) |
| (816) 753-1536 (facsimile) | whurst@polsinelli.com |
| jheidrick@polsinelli.com | |

Dated: July 28, 2014                          /s/  *Jay E. Heidrick*
                                                        Jay E. Heidrick

48490204.1

FORM 9.  Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions _____ v. Facebook, Inc. _____

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Humana Inc. _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Humana Inc.

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Jeffrey S. Standley, F. Michael Speed, Jr., Beverly Marsh, Standley Law Group LLP, 6300 Riverside Drive, Dublin, Ohio  43017 and Dominick T. Gattuso, Proctor Heyman LLP, 300 Delaware Avenue, Suite 200, Wilmington, DE  19801

_____

| 7/28/2014 | /s/ Jeffrey S. Standley |
|-----------|-------------------------|
| Date | Signature of counsel |
| | Jeffrey S. Standley |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel of record via CM/ECF _____

# CERTIFICATE OF INTEREST

Counsel for appellee Branch Banking and Trust Company, Douglas Hallward-Driemeier, certifies the following:

1. The full name of every party or amicus represented by me is: Branch Banking and Trust Company

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: n/a

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party or amicus represented by me are: BB&T Corporation

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the agency or are expected to appear in this court are:

Ropes & Gray LLP: Douglas H. Hallward-Driemeier, James R. Myers, Richard T. McCaulley, Jordan M. Rossen, and Henry Y. Huang (no longer at Ropes & Gray).


Dated: July 28, 2014               /s/ Douglas Hallward-Driemeier
                                   Douglas Hallward-Driemeier

## CERTIFICATE OF SERVICE

On July 28, 2014, the undersigned caused the foregoing document to be filed electronically by using the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Douglas Hallward-Driemeier
Douglas Hallward-Driemeier

Form 9

FORM 9.  Certificate of Interest

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions    v. Facebook, Inc.

No. 14-1611

### CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Def-Appellee; Conns, Inc.    certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Conn's, Inc.; Conn Appliances, Inc.

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Conn's, Inc.; Conn Appliances, Inc.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Conn Appliances, Inc. is not a publicly traded corporation and it is wholly owned by parent corporation Conn's, Inc.

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

08/19/2014
Date

Signature of counsel

Michael Dru Montgomery
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

Form 9

FORM 9.  Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions _____ v. _____ Facebook, Inc. _____

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

_Appellee, BOKF, NA_____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

Appellee, BOKF, NA

---

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

---

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

BOK Financial Corporation, publicly traded on the Nasdaq exchange.

---

4. ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Frederic Dorwart, Lawyers - Attorney, John D. Clayman

---

_August 19, 2014_____          /s/John D. Clayman_____
Date                                        Signature of counsel

                                               John D. Clayman_____
                                               Printed name of counsel

Please Note: All questions must be answered
cc:  _All Counsel of Record via CM-ECF_____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on

by:

| Aug 19, 2014 |

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| John D. Clayman |  | /s/ John D. Clayman |
Name of Counsel                     Signature of Counsel

Law Firm | Frederic Dorwart, Lawyers |

Address | 124 East Fourth Street |

City, State, ZIP | Tulsa, Oklahoma 74103 |

Telephone Number | 918-583-9965 |

FAX Number | 918-584-2729 |

E-mail Address | jclayman@fdlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions    v.  Google, Inc.

No. 14-1611

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

State Street Corporation    certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

State Street Corporation

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Jason C. Kravitz, Nixon Peabody LLP
Deanna R. Kunze, Nixnon Peabody LLP
Jason T. Kunze, Nixon Peabody LLP

09/16/2014
Date

/s/ Jason C. Kravitz
Signature of counsel

Jason C. Kravitz
Printed name of counsel

Please Note: All questions must be answered

cc: All Counsel of Record via CM/ECF

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 16th day of September 2014, a copy of the foregoing **AMENDED CERTIFICATE OF INTEREST** was filed via the CM/ECF System, which will serve via email notice of such filing to all counsel registered as CM/ECF users.


    */s/ Jason C. Kravitz*
Jason C. Kravitz

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## In Re Unified Messaging Solutions LLC and Advanced Messaging Technologies, Inc. Patent Litigation

## No. 2014-1611

## <u>Amended Certificate of Interest</u>

Counsel for Banco Popular North America certifies the following:

1.  The full name of every party or amicus represented by me is:

    Banco Popular North America

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Banco Popular North America

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Popular, Inc.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
    Lionel M. Lavenue
    Daniel C. Cooley
    Jeffrey A. Berkowitz

    BAKER & MCKENZIE LLP
    Terry A. Saad
    Jay F. Utley
    John G. Flaim

Date: January 12, 2015                    /s/ Lionel M. Lavenue
                                          Lionel M. Lavenue

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing CERTIFICATE OF INTEREST

OF BANCO POPULAR NORTH AMERICA were served upon registered counsel

by operation of the Court's CM/ECF system on this 12th day of January, 2015.

/s/ Donna Stockton
Donna Stockton

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## In Re Unified Messaging Solutions LLC and Advanced Messaging Technologies, Inc. Patent Litigation

## No. 2014-1611

## <u>Amended Certificate of Interest</u>

Counsel for EverBank certifies the following:

1.  The full name of every party or amicus represented by me is:

    EverBank

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    EverBank

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    EverBank Financial Corp

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
    Lionel M. Lavenue
    Daniel C. Cooley
    Jeffrey A. Berkowitz

    BAKER & MCKENZIE LLP
    Terry A. Saad
    Jay F. Utley
    John G. Flaim
    William Vito Roppolo, Jr.

Date: January 12, 2015                    /s/ Lionel M. Lavenue
                                          Lionel M. Lavenue

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing CERTIFICATE OF INTEREST

OF EVERBANK were served upon registered counsel by operation of the Court's

CM/ECF system on this 12th day of January, 2015.

<u>/s/ Donna Stockton</u>
Donna Stockton

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**In Re Unified Messaging Solutions LLC and Advanced Messaging
Technologies, Inc. Patent Litigation**

## No. 2014-1611

### Amended Certificate of Interest

Counsel for Fidelity National Information Services, Inc. certifies the
following:

1.    The full name of every party or amicus represented by me is:

Fidelity National Information Services, Inc.

2.    The name of the real party in interest (if the party named in the caption is not
the real party in interest) represented by me is:

Fidelity National Information Services, Inc.

3.    All parent corporations and any publicly held companies that own 10 percent
or more of the stock of the party or amicus curiae represented by me are:

None

4.    The names of all law firms and the partners or associates that appeared for
the party or amicus now represented by me in the trial court or agency or are
expected to appear in this court are:

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Lionel M. Lavenue
Daniel C. Cooley
Jeffrey A. Berkowitz

BAKER & MCKENZIE LLP
Terry A. Saad
Daniel A. Tallitsch
Jay F. Utley
John G. Flaim

Date: January 12, 2015                          /s/ Lionel M. Lavenue
                                                Lionel M. Lavenue

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing CERTIFICATE OF INTEREST OF FIDELITY NATIONAL INFORMATION SERVICES, INC. were served upon registered counsel by operation of the Court's CM/ECF system on this 12th day of January, 2014.

/s/ Donna Stockton
Donna Stockton

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**In Re Unified Messaging Solutions LLC and Advanced Messaging Technologies, Inc. Patent Litigation**

## No. 2014-1611

### <u>Amended Certificate of Interest</u>

Counsel for Metavante Corporation certifies the following:

1.  The full name of every party or amicus represented by me is:

    Metavante Corporation

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Metavante Corporation

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Fidelity National Information Services, Inc.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
    Lionel M. Lavenue
    Daniel C. Cooley
    Jeffrey A. Berkowitz

    BAKER & MCKENZIE LLP
    Terry A. Saad
    Daniel A. Tallitsch
    Jay F. Utley
    John G. Flaim

Date: January 12, 2015                    /s/ Lionel M. Lavenue
                                          Lionel M. Lavenue

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing CERTIFICATE OF INTEREST OF METAVANTE CORPORATION were served upon registered counsel by operation of the Court's CM/ECF system on this 12th day of January, 2015.

/s/ Donna Stockton
Donna Stockton

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**In Re Unified Messaging Solutions LLC and Advanced Messaging Technologies, Inc. Patent Litigation**

## No. 2014-1611

## <u>Amended Certificate of Interest</u>

Counsel for People's United Bank certifies the following:

1.    The full name of every party or amicus represented by me is:

People's United Bank

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

People's United Bank

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

People's United Financial, Inc.

4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Lionel M. Lavenue
Daniel C. Cooley
Jeffrey A. Berkowitz

BAKER & MCKENZIE LLP
Terry A. Saad
Daniel A. Tallitsch
Jay F. Utley
John G. Flaim

UNGARETTI & HARRIS
Bryan P. Sugar
Roger H. Stein

Date: January 12, 2015                    /s/ Lionel M. Lavenue
                                          Lionel M. Lavenue


## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing CERTIFICATE OF INTEREST

OF PEOPLE'S UNITED BANK were served upon registered counsel by operation

of the Court's CM/ECF system on this 12th day of January, 2015.


                                          /s/ Donna Stockton
                                          Donna Stockton

Form 9

FORM 9.   Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
_____ certifies the following (use "None" if applicable; use extra sheets
if necessary):

1.    The full name of every party or amicus represented by me is:

_____

_____

_____

2.    The name of the real party in interest (if the party named in the caption is not the real
party in interest) represented by me is:

_____

_____

_____

3.    All parent corporations and any publicly held companies that own 10 percent or more
of the stock of the party or amicus curiae represented by me are:

_____

_____

_____

4.    The names of all law firms and the partners or associates that appeared for the party
or amicus now represented by me in the trial court or agency or are expected to appear in this
court are:

_____

_____


_____                    _____
        Date                                    Signature of counsel

                                       _____
                                            Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

Form 30

**FORM 30. Certificate of Service**

<div style="border: 1px solid black; padding: 20px;">

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

       US mail
       Fax
       Hand
       Electronic Means
       (by email or CM/ECF)

Name of Counsel                      Signature of Counsel

Law Firm

Address

City, State, ZIP

Telephone Number

FAX Number

E-mail Address

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.

</div>

FORM 9.  Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In Re Unified Messaging Solutions LLC and Advanced Messaging Technologies, Inc. Patent Litigation

No. 14-1611

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellants _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Unified Messaging Solutions LLC; Advanced Messaging Technologies, Inc.

---

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

---

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Unified Messaging Solutions LLC is a Texas limited liability company whose sole member is Acacia Research Group LLC, which is wholly owned by Acacia Research Corporation.  Acacia Research Corporation is a publicly held corporation. Advanced Messaging Technologies, Inc. is wholly owned by j2 Global Communications, Inc.

---

4.  ☐  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See Attachment "A"

---

6/14/16
_____
Date

/s/ Timothy E. Grochocinski
_____
Signature of counsel

Timothy E. Grochocinski
_____
Printed name of counsel

Please Note: All questions must be answered

cc: _____

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing, and the attachment, were served on all counsel of record via the Court's electronic filing system on June 14, 2016.

<u>/s/ Timothy E. Grohocinski</u>
Timothy E. Grochocinski

## ATTACHMENT "A" TO THE CERTIFICATE OF INTEREST

### Counsel for Unified Messaging Solutions LLC and Advanced Messaging Technologies, Inc.

Edward R. Nelson, III, Esq.
Thomas C. Cecil, Esq.
NELSON BUMGARDNER, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485
ed@nelbum.com
tom@nelbum.com

Timothy E. Grochocinski, Esq.
Joseph P. Oldaker, Esq.
NELSON BUMGARDNER, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462
Phone: (708) 675-1975
Fax: (708) 675-1786
tim@nelbum.com
kris@nelbum.com

Robert Greenspoon
Travis Campbell
FLACHSBART & GREENSPOON, LLC
333 North Michigan Ave., 27th Floor
Chicago, Illinois 60601
Phone: (312) 551-9500
Fax: (312) 551-9501
rpg@fg-law.com
tc@fg-law.com

**Counsel for Unified Messaging Solutions LLC**

Anthony G. Simon
Michael P. Kella
Timothy D. Krieger
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
mkella@simonlawpc.com
tkrieger@simonlawpc.com

Andrew G. DiNovo
Jay D. Ellwanger
DINOVO PRICE ELLWANGER &
HARDY, LLP
700 N. Mopac Expy, Suite 350
Austin, Texas 78731
(512) 539-2631
adinovo@dpelaw.com
jellwanger@dpelaw.com

Form 9

FORM 9.   Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

UNITED MESSAGING SOLUTIONS <sub>v.</sub> FACEBOOK, INC.

No. 14-1611, 16-1065, 16-2150, 16-2212

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
HSBC Bank USA, Inc.; HSBC Bank USA, National Association; HSBC North America Holdings, Inc.
_____ certifies the following (use "None" if applicable; use extra sheets
if necessary):

1.    The full name of every party or amicus represented by me is:

HSBC Bank USA, Inc.; HSBC Bank USA, National Association; HSBC North America Holdings, Inc.

2.    The name of the real party in interest (if the party named in the caption is not the real
party in interest) represented by me is:

HSBC Bank USA, Inc.; HSBC Bank USA, National Association; HSBC North America Holdings, Inc.

3.    All parent corporations and any publicly held companies that own 10 percent or more
of the stock of the party or amicus curiae represented by me are:

HSBC Holdings plc

4.  ☑   The names of all law firms and the partners or associates that appeared for the party
or amicus now represented by me in the trial court or agency or are expected to appear in this
court are:

Locke Lord, LLP - M. Scott Fuller, Galyn D. Gafford

06/14/2016
Date

/s/ M. Scott Fuller
Signature of counsel

M. Scott Fuller
Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record via CM/ECF

124

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

| 06/14/2016 |

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| M. Scott Fuller | | /s/ M. Scott Fuller |

Name of Counsel                       Signature of Counsel

Law Firm    Locke Lord LLP

Address    2200 Ross Avenue, Suite 2800

City, State, ZIP    Dallas, Texas  75201

Telephone Number    214-740-8000

FAX Number    214-740-8888

E-mail Address    sfuller@lockelord.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

UNIFIED MESSAGING SOLUTIONS    **v.**    GOOGLE, INC., et al.

Case No.  14-1611; 16-1065; 16-2150; 16-2212

## CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

Juno Online Services, Inc.; NetZero, Inc.; and Classmates, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Juno Online Services, Inc. | Juno Online Services, Inc. | United Online, Inc. |
| NetZero, Inc. | NetZero, Inc. | United Online, Inc. |
| Classmates, Inc. | Classmates, Inc. | United Online, Inc. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

FOLEY & LARDNER LLP: William J. Robinson (Partner, Lead Counsel); Jean-Paul Ciardullo (Sr. Counsel); and Justin Sobaje (Associate)

June 20, 2016
_____
Date

/s/ William J. Robinson
_____
Signature of counsel

Please Note: All questions must be answered

William J. Robinson
_____
Printed name of counsel

cc:  All Counsel of Record via ECF

Reset Fields

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Unified Messaging Solutions                v. Google, Inc. et al.

No.  14-1611 and 16-1065, -2150, -2212

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

General Electric Capital Services, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

General Electric Capital Services, Inc.
(See answer to Question 3, below regarding successor entities.)

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

In February 2012, General Electric Capital Services, Inc. merged with and into General Electric Capital Corporation, which was the indirect parent of GE Capital Retail Bank.  During the period from April 1, 2013 to September 30, 2013, as part of a regulatory restructuring, substantially all of the assets and operations of GE Capital Retail Bank were transferred to Synchrony Financial, which became a publicly-held corporation in 2014. In December 2015, General Electric Capital Corporation merged into the General Electric Company, a publicly-held coporation.  Companies owning 10 percent or more of stock of General Electric Company: None

_____

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Firm:  Reed Smith LLP
Attorneys:  David T. Pollock, Brian D. Roche, Jennifer Y. DePriest, James C. Martin

_____

___June 21, 2016___                          /s/ Brian D. Roche_____
                Date                                      Signature of counsel

                                              Brian D. Roche_____
                                                 Printed name of counsel

Please Note: All questions must be answered
cc: all parties via the Court's ECF system___

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2016, I electronically filed the foregoing with the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system, which will serve all counsel registered to receive electronic notices.

/s/ Yar R. Chaikovsky

LEGAL_US_W # 86442297.3 94027.00002