NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE UNIFIED MESSAGING SOLUTIONS LLC and ADVANCED MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION**

---

**UNIFIED MESSAGING SOLUTIONS LLC, ADVANCED MESSAGING TECHNOLOGIES, INC.,**
*Plaintiffs-Appellants*

v.

**GOOGLE, INC., SHAWGUIDES INC., U.S. BANCORP, U.S. BANK NATIONAL ASSOCIATION, SCOTTRADE, INC., ORBITZ, INC., MULTIPLY, INC.,**
*Defendants*

**AMERICAN AIRLINES, INC., BMO HARRIS BANK N.A., FIFTH THIRD BANCORP, SANTANDER HOLDINGS USA, INC., BANCORPSOUTH, INC., CUPID, PLC,**
*Defendants-Appellees*

**SOUTHWEST AIRLINES CO., GROUPON, INC., UNITED AIR LINES, INC., EARTHLINK, LLC, GENERAL ELECTRIC CAPITAL SERVICES, INC., THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, STATE STREET CORPORATION, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO ADVANTAGE**

**INSURANCE COMPANY, BB&T CORPORATION, BRANCH BANKING AND TRUST COMPANY, COXCOM, LLC, FIDELITY NATIONAL INFORMATION SERVICES, INC., METAVANTE CORPORATION, FISERV, INC., FRIENDFINDER NETWORKS INC., VARIOUS, INC., SUNTRUST BANKS, INC., SUNTRUST BANK, JUNO ONLINE SERVICES, INC., NETZERO, INC., CLASSMATES, BOKF, N.A., BANCO POPULAR NORTH AMERICA, HUMANA, INC., CONN'S INC., CONN APPLIANCES, INC., EVERBANK, COMPASS BANK, UNITED SERVICE AUTOMOBILE ASSOCIATION, PEOPLE'S UNITED BANK, NATIONAL ASSOCIATION, SPORTSVITE, LLC, HSBC NORTH AMERICA HOLDINGS, INC., HSBC USA, INC., HSBC BANK USA, N.A., SPRINT NEXTEL CORPORATION, TWITTER, INC., YAHOO! INC., SANTANDER BANK, N.A.,**
*Defendants-Cross-Appellants*

_____

2014-1611, 2016-1065, -2150, -2212

_____

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:12-cv-01488, 1:12-cv-01490, 1:12-cv-01492, 1:12-cv-03875, 1:12-cv-04413, 1:12-cv-06286, 1:12-cv-06291, 1:12-cv-06292, 1:12-cv-06293, 1:12-cv-06636, 1:12-cv-06637, 1:13-cv-00267, 1:13-cv-00269, 1:13-cv-00270, 1:13-cv-00271, 1:13-cv-00273, 1:13-cv-00274, 1:13-cv-00276, 1:13-cv-00277, 1:13-cv-00278, 1:13-cv-00324, 1:13-cv-00327, 1:13-cv-00333, 1:13-cv-00337, 1:13-cv-00338, 1:13-cv-00339, 1:13-cv-00340, 1:13-cv-00343, 1:13-cv-00344, 1:13-cv-02999, 1:13-cv-03001, 1:13-cv-03002, 1:13-cv-03007, 1:13-cv-03008, 1:13-cv-05595, 4:12-cv-00371, 6:12-cv-00290, and MDL No. 2371, Judge Joan H. Lefkow.

_____

## ON MOTION

## O R D E R

Upon consideration of the parties' joint motion for reciprocal 45-day extensions of time to file Appellants' principal brief and Cross-Appellants' brief and response,

IT IS ORDERED THAT:

The motion is granted to the extent that Appellants' principal brief is due no later than September 22, 2016, and Cross-Appellants' brief and response is due no later than December 16, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25